UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
KATRINA WILLIAMS-FOSTER                         :
                                                :
                    Plaintiff,                  :
                                                :     12 CV 3209 (KMK) (LMS)
          - against -                           :
                                                :     **STIPULATION OF DISMISSAL**
T-MOBILE USA, INC.                              :     **WITH PREJUDICE**
                                                :
                    Defendant.                  :
------------------------------------------------------------------x

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

attorneys for all of the parties in the above-captioned matter, that pursuant to Rule 41(a)(1)(A)(ii)

of the Federal Rules of Civil Procedure the above-captioned action be and the same is hereby

dismissed with prejudice and without costs to any party as against the other.  This Stipulation

may be signed in counterparts, and facsimile or PDF signatures shall be treated as originals.

[SIGNATURES ON FOLLOWING PAGE]



USDS SDN

D: ...

...

...

...

2712179.1

Dated:   New York, New York
       June 20, 2012

                    WARREN LAW GROUP, PC

                    Bruce K. Warren (bruce@warren-lawfirm.com)
                    57 Cooper Street
                    Woodbury, NJ 08096
                    (856) 848-4572

                    *Attorneys for Plaintiff*
                    *Katrina Williams-Foster*


                    FRIEDMAN KAPLAN SEILER &
                        ADELMAN LLP

                    Hallie B. Levin (hlevin@fklaw.com)
                    Jason C. Rubinstein (jrubinstein@fklaw.com)
                    7 Times Square
                    New York, NY 10036-6516
                    (212) 833-1100

                    *Attorneys for Defendant*
                    *T-Mobile USA, Inc.*


                    So Ordered:

July 11, 2012
White Plains, NY

                          U.S.D.J.